WILLIAM L. STERN (CA SBN 96105)
CLAUDIA M. VETÉSI (BAR NO. 233485)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: wstern@mofo.com

Attorneys for Defendant and Counterclaimant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No.   C 07-5739 SC<br><br>**DISCLOSURE OF CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 20, 2007          WILLIAM L. STERN
                                   CLAUDIA M. VETÉSI
                                   MORRISON & FOERSTER LLP


                                   By         /s/ William L. Stern
                                              William L. Stern

                                   Attorneys for Defendant and Counterclaimant
                                   GAP INC.

DISCLOSURE OF CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
 C 07-5739 SC
sf-2425139