COPY

E-filing

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

JOEL RUIZ, On Behalf of Himself and All Others
Similarly Situated,

v.

GAP, INC., and DOES 1-9 inclusive,

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

**SC**

CV 07      5739

TO: (Name and address of defendant)

GAP, INC., and DOES 1-9 inclusive,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C.P Martholomew
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE    NOV 1 3 2007

Angton L. Almacen
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
          *Date*                                    *Signature of Server*

                                      _____
                                          *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Mark Punzalan (CSB#247599)<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br>Attorney for: Plaintiff | Telephone<br>(415) 398-8700 | |
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Joel Ruiz, et al v. Gap, Inc., et al | | |
| PROOF OF SERVICE | | Case Number: CV 07 5739 SC |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Gap, Inc., c/o CT Corporation System
   b. Person Served: Margaret Wilson, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: November 27, 2007
   (2) TIME: 2:25pm
   (3) ADDRESS: CT Corporation System
           818 West Seventh Street
           Los Angeles, CA 90017

4. Witness fees were not demanded or paid.

                                         Fee for Service: $90.00

Person Serving: B. Anderson
Registered California Process Server
County: Los Angeles   Registration #: 3991

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: November 27, 2007   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 07 5739 SC

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT – CLASS ACTION;
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
4. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
5. WAIVER OF SERVICE OF SUMMONS [BLANK];
6. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS [BLANK];
7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
8. ECF REGISTRATION INFORMATION HANDOUT;