WILLIAM L. STERN (CA SBN 96105)
CLAUDIA M. VETÉSI (BAR NO. 233485)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: wstern@mofo.com

Attorneys for Defendant and Counterclaimant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No.   C 07-5739 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GAP INC.'S MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**<br><br>Date:    January 11, 2008<br>Time:   10:00 a.m.<br>Room:  Courtroom 1, 17th Floor<br>Judge:  Honorable Samuel Conti<br><br>Complaint filed:   November 13, 2007 |

[PROPOSED] ORDER GRANTING DEFENDANT GAP INC.'S MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS C 07-5739 SC
sf-2433041

1   On January 11, 2008, the Honorable Samuel Conti heard GAP Inc.'s ("GAP")
2   Motion to Strike Plaintiff's Class Allegations. Having read and considered the papers filed and
3   arguments made by counsel, and good cause appearing therefor:
4   IT IS HEREBY ORDERED that GAP's Motion to Strike Plaintiff's Class Allegations is
5   GRANTED.

8   Dated: _____, 2007    _____
                                       Honorable Samuel Conti
9                                      NORTHERN DISTRICT OF CALIFORNIA