1   WILLIAM L. STERN (CA SBN 96105)
    CLAUDIA M. VETÉSI (BAR NO. 233485)
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California 94105-2482
    Telephone: 415.268.7000
4   Facsimile: 415.268.7522
    E-mail: wstern@mofo.com
5
    Attorneys for Defendant and Counterclaimant
6   GAP INC.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  JOEL RUIZ, On Behalf of Himself and All Others     Case No.   C 07-5739 SC
    Similarly Situated,
13                                                     [PROPOSED] ORDER
                    Plaintiff,                         GRANTING DEFENDANT GAP
14                                                     INC.'S MOTION FOR
         v.                                            JUDGMENT ON THE
15                                                     PLEADINGS
    GAP, INC., and DOES 1-9 inclusive,
16                                                     Date:   January 11, 2008
                    Defendants.                        Time:   10:00 a.m.
17                                                     Room:   Courtroom 1, 17th Floor
                                                       Judge:  Honorable Samuel Conti
18
                                                       Complaint filed:   November 13, 2007
19

20

21

22

23

24

25

26

27

28

1    On January 11, 2008, the Honorable Samuel Conti heard GAP Inc.'s ("GAP") Motion for

2    Judgment on the Pleadings.  Having read and considered the papers filed and arguments made by

3    counsel, and good cause appearing therefor:

4    IT IS HEREBY ORDERED that GAP's Motion for Judgment on the Pleadings is hereby

5    GRANTED.   Plaintiff's Complaint is dismissed without leave to amend.

6

7

8    Dated: _____, 2007     By_____

9                                                      Honorable Samuel Conti
                                                       NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28