C. P. Bartholomew (State Bar No. 211425)
cbartholomew@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>    Defendants. | Case No. CV07-05739-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**<br><br>Date: January 11, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Samuel Conti<br>Location: Courtroom 1, 17th Floor |

1    On January 11, 2008, the Honorable Samuel Conti heard Plaintiff Joel Ruiz's ("Plaintiff") Motion to Dismiss Defendant Gap Inc.'s ("Defendant") Counterclaim. Having read and considered the papers filed and arguments made by counsel, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Defendant's Counterclaim is GRANTED.

Dated: _____, 2007          _____
                                              Honorable Samuel Conti
                                              Northern District of California