1  C. P. Bartholomew (State Bar No. 211425)
   cbartholomew@finkelsteinthompson.com
2  Mark Punzalan (State Bar No. 247599)
   mpunzalan@finkelsteinthompson.com
3  **FINKELSTEIN THOMPSON LLP**
   100 Bush Street, Suite 1450
4  San Francisco, CA 94104
   Telephone: (415) 398-8700
5  Facsimile: (415) 398-8704

6  [Additional Counsel Listed on Signature Page]

7  Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No. CV07-05739-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**<br><br>Date: January 11, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Samuel Conti<br>Location: Courtroom 1, 17th Floor |

1  On January 11, 2008, the Honorable Samuel Conti heard Plaintiff Joel Ruiz's
2  ("Plaintiff") Motion to Dismiss Defendant Gap Inc.'s ("Defendant") Counterclaim.  Having read
3  and considered the papers filed and arguments made by counsel, and good cause appearing,
4      IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Defendant's Counterclaim
5  is GRANTED.

Dated: _____, 2007        _____
                                                                           Honorable Samuel Conti
                                                                           Northern District of California