Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Counsel for Plaintiff Joel Ruiz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>      vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>           Defendants. | Case No. C-07-5739SC<br><br>**NOTICE OF APPEARANCE OF ROSEMARY M. RIVAS** |

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Rosemary M. Rivas of Finkelstein Thompson LLP, hereby enters her appearance on behalf of Plaintiff Joel Ruiz and all others similarly situated in *Ruiz v. Gap, Inc.*, C-07-5739SC (N.D. Cal), and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the address listed above.

1 | Dated: December 21, 2007

Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

_____
ROSEMARY M. RIVAS

100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: 415.398.8700
Facsimile:  415.398.8704