Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Counsel for Plaintiff Joel Ruiz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated, | Case No. CV07-05739-SC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| GAP, INC., and DOES 1-9 inclusive, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Mark Punzalan, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Finkelstein Thompson LLP, 100 Bush Street, Suite 1450, San Francisco, California 94104.

On December 21, 2007, I served the following document:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO GAP'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**PLAINTIFF'S OPPOSITION TO GAP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT OF THE PLEADINGS**

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT GAP INC.'S MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS**

**NOTICE OF APPERANCE OF ROSEMARY M. RIVAS**

☒ By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail address listed below:

William L. Stern wstern@mofo.com, jfogel@mofo.com
**Morrison Foerster**
425 Market Street
San Francisco, CA 94105

                        /s/ Mark Punzalan
                          Mark Punzalan