1  WILLIAM L. STERN (CA SBN 96105)
   CLAUDIA M. VETÉSI (BAR NO. 233485)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   E-mail: wstern@mofo.com
5
   Attorneys for Defendant and Counterclaimant
6  GAP INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated, | Case No.   C 07-5739 SC |
| 13                     Plaintiff, | **STATEMENT OF RECENT DECISION [L.R. 7-3(d)]** |
| 14      v. | Date:  January 11, 2008 (**vacated**) |
| 15  GAP, INC., and DOES 1-9 inclusive, | Time:  10:00 a.m.
Room:  Courtroom 1, 17th Floor |
| 16                     Defendants. | Judge: Honorable Samuel Conti |
| 17 | Complaint filed:   November 13, 2007 |

18       Pursuant to Local Rule 7-3(d), defendant Gap, Inc. hereby advises the Court of a relevant

19  judicial decision published yesterday, after defendant's reply brief was filed. The case is entitled

20  *Hall v. Time, Inc*, No. G038040, ___ Cal. App. 4th ___ (Jan. 7, 2008), attached as Exhibit A.

21  Dated: January 8, 2008           WILLIAM L. STERN
                                     CLAUDIA M. VETÉSI
22                                   MORRISON & FOERSTER LLP

23

24                                   By        /s/ William L. Stern
                                                  William L. Stern
25
                                     Attorneys for Defendant and Counterclaimant
26                                                  GAP INC.

27

28

STATEMENT OF RECENT DECISION
C 07-5739 SC
sf-2448038