ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

February 12, 2008

**VIA E-FILING ONLY**

TO: Counsel of Record

Re:   Ruiz v. Gap, Inc.
      Case No. C 07-05739 SC MED

Dear Counsel:

The ADR Program would like to convene a conference call with ADR Program Staff Attorney or Director to discuss the Mediation referral. We would like to schedule this for **Tuesday, February 19, 2008 at 10:00 a.m.** Plaintiff's counsel should initiate the call to all parties then call the ADR Program's conference line 415-522-4603. If you are not available at this time, please contact the other participants and provide me with three alternate times that you are all available before the February 22, 2008 Case Management Conference.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf