Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>　　　　　　　Defendants. | Case No. CV07-05739-SC<br><br>**PLAINTIFF'S [PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date:　　　February 22, 2008<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 1, 17th Floor<br>Judge:　　　Honorable Samuel Conti |

　　　Following the February 22, 2008 case management conference and pursuant to the Joint Initial Case Management Conference Statement, the Court enters the following scheduling order pursuant to Civil Local Rule 16-10:

　　　1. Class Certification: Plaintiff shall have until September 5, 2008 to file his motion for class certification, subject to rescheduling upon the request by any party and approval by the Court or by stipulation of all parties and approval by the Court. Defendant's opposition shall be due on October 3, 2008, and Plaintiff's reply shall be due on October 17, 2008. The hearing shall be held on October 31, 2008.

　　　2. Fact Discovery shall be concluded by September 1, 2008.

1     3. Plaintiff's Expert Reports are due on September 1, 2008.

2     4. Defendant's Expert Report is due on September 15, 2008.

3     5. The deadline to complete all Expert Discovery is January 5, 2009

4     6. The deadline to file all Dispositive Motions is January 30, 2009

5

6   Dated: _____                    _____
                                                 The Honorable Samuel Conti
7                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S [PROPOSED] ORDER REGARDING CASE MANAGEMENT
CASE NO. C 07-5739SC

2