Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Counsel for Plaintiff Joel Ruiz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>　　　　　　Defendants. | Case No. CV07-05739-SC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16** |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  February 15, 2007            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**FINKELSTEIN THOMPSON LLP**

　　　　　　　　　　　　　　　　　　　　 /s/ Mark Punzalan
　　　　　　　　　　　　　　　　　　　　Mark Punzalan

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. CV-07-5739-SC

Rosemary M. Rivas
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: 415.398.8700
Facsimile: 415.398.8704

Mila F. Bartos
Tracy Rezvani
Karen J. Marcus
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

*Of Counsel*
Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
One N. LaSalle Street
Suite 4600
Chicago, Illinois 60602