1  Rosemary M. Rivas (State Bar No. 209147)
   rrivas@finkelsteinthompson.com
2  Mark Punzalan (State Bar No. 247599)
   mpunzalan@finkelsteinthompson.com
3  **FINKELSTEIN THOMPSON LLP**
   100 Bush Street, Suite 1450
4  San Francisco, California 94104
   Telephone: (415) 398-8700
5  Facsimile: (415) 398-8704

6  Counsel for Plaintiff Joel Ruiz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated, | Case No. CV07-05739-SC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| GAP, INC., and DOES 1-9 inclusive, | |
| Defendants. | |

1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Mark Punzalan, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Finkelstein Thompson LLP, 100 Bush Street, Suite 1450, San Francisco, California 94104.

On February 15, 2008, I served the following documents:

**JOINT INITIAL CASE MANAGEMENT CONFERENCE STATEMENT**

**PLAINTIFF'S [PROPOSED] CASE MANAGEMENT ORDER**

**REPORT OF PARTIES' PLANNING CONFERENCE**

**PLAINTIFF JOEL RUIZ'S INITIAL DISCLOSURES**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒ By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail address listed below:

William L. Stern
Claudia M. Vetesi
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
wstern@mofo.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on February 15, 2008.

/s/ Mark Punzalan
Mark Punzalan

2
CERTIFICATE OF SERVICE