| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
| | CLAUDIA M. VETÉSI (BAR NO. 233485) |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| | E-mail: wstern@mofo.com |

Attorneys for Defendant and Counterclaimant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated, | Case No. C 07-5739 SC |
| Plaintiff, | **DEFENDANT'S [PROPOSED] CASE MANAGEMENT ORDER** |
| v. | Date: February 22, 2008 |
| GAP, INC., and DOES 1-9 inclusive, | Time: 10:00 a.m. |
| | Room: Courtroom 1, 17th Floor |
| Defendants. | Judge: Honorable Samuel Conti |
| | Complaint filed: November 13, 2007 |

DEFENDANT'S [PROPOSED] ORDER REGARDING CASE MANAGEMENT C 07-5739 SC

sf-2468991

1       This Court, having conducted a Case Management Conference on February 22, 2008,
2 hereby orders that:
3       (1) Discussion of case management issues will be continued to a date after the Court has
4 ruled on three motions which are currently pending before the Court: GAP Inc.'s ("GAP")
5 Motion for Judgment on the Pleadings, GAP's Motion to Strike Plaintiff's Class Allegations, and
6 Plaintiff's Motion to Dismiss Defendant's Counterclaim. These motions were submitted to the
7 Court without a hearing on January 11, 2008.

10 Dated: _____, 2008     By_____
                                                 Honorable Samuel Conti
11                                           NORTHERN DISTRICT OF CALIFORNIA