IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL RUIZ,

       Plaintiff(s),                                    No. C-07-5739-SC

  v.                                                  Clerk's Notice

GAP INC.,

       Defendant(s).

    (Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **February 22, 2008** before the Honorable Samuel Conti. The conference has been reset for **March 21, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 22, 2008                                       FOR THE COURT,

                                                             Richard W. Wieking, Clerk

                                                             By:   T. De Martini
                                                                     Courtroom Deputy Clerk

United States District Court
For the Northern District of California