1  Rosemary M. Rivas (State Bar No. 209147)
   rrivas@finkelsteinthompson.com
2  Mark Punzalan (State Bar No. 247599)
   mpunzalan@finkelsteinthompson.com
3  **FINKELSTEIN THOMPSON LLP**
   100 Bush Street, Suite 1450
4  San Francisco, California 94104
   Telephone: (415) 398-8700
5  Facsimile: (415) 398-8704

6  [Additional Counsel Listed on Signature Page]

7  Counsel for Plaintiff Joel Ruiz

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No. CV07-05739-SC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Christine Pedigo Bartholomew, formerly an associate with Finkelstein Thompson LLP, is no longer counsel of record in the above-entitled cause of action and therefore should be removed from all pleadings, notices, electronic filing notices, orders, correspondence and other papers in connection with this action.

1
NOTICE OF CHANGE IN COUNSEL

1 | Dated: March 7, 2008                     Respectfully submitted,

2

3                                            **FINKELSTEIN THOMPSON LLP**

4                                             /s/ Mark Punzalan

5                                                Mark Punzalan

6                                            Rosemary M. Rivas
                                             100 Bush Street, Suite 1450
7                                            San Francisco, California 94101
                                             Telephone: 415.398.8700
8                                            Facsimile: 415.398.8704

9                                            Mila F. Bartos
                                             Tracy Rezvani
10                                           Karen J. Marcus
                                             **FINKELSTEIN THOMPSON LLP**
11                                           1050 30th Street, NW
                                             Washington, D.C. 20007
12                                           Telephone: 202.337.8000
                                             Facsimile: 202.337.8090
13
                                             *Of Counsel*
14                                           Ben Barnow
                                             **BARNOW AND ASSOCIATES, P.C.**
15                                           One N. LaSalle Street
                                             Suite 4600
16                                           Chicago, Illinois 60602

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
                    NOTICE OF CHANGE IN COUNSEL

**CERTIFICATE OF SERVICE**

I, Mark Punzalan, declare:

On March 7, 2008, I served the following document:

**NOTICE OF CHANGE IN COUNSEL**

☒ By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail address listed below:

William L. Stern, wstern@mofo.com
Claudia M. Vetesi, cvetesi@mofo.com
**MORRISON FOERSTER**
425 Market Street
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on March 7, 2008.

                                        /s/ Mark Punzalan
                                          Mark Punzalan