United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL RUIZ,

        Plaintiff(s),

v.

GAP INC.,

        Defendant(s).

No. C-07-5739-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **March 21, 2008** before the Honorable Samuel Conti. The conference has been reset for **April 4, 2008 at 10:00 a.m.** .

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 20, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
     Courtroom Deputy Clerk