ROSEMARY M. RIVAS (CA SBN 209147)
MARK PUNZALAN (CA SBN 247599)
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: 415.398.8700
Facsimile: 415.398-8704
E-mail: rrivas@finkelsteinthompson.com

Attorneys for Plaintiff JOEL RUIZ

WILLIAM L. STERN (CA SBN 96105)
CLAUDIA M. VETÉSI (BAR NO. 233485)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: wstern@mofo.com

Attorneys for Defendant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No.   C 07-5739 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT SCHEDULE**<br><br>Judge: Honorable Samuel Conti<br><br>Complaint filed:   November 13, 2007 |

Pursuant to Civil Local Rules 7-12 and 16-2(d), Plaintiff Joel Ruiz and Defendant GAP Inc., through their counsel, submit the following stipulation and [proposed] order regarding the scheduling of the case:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT SCHEDULE   No. C 07-5739 SC

1

1  The Court has rescheduled the initial case management conference to April 4, 2008, a date that lead counsel for defendant GAP Inc. ("GAP"), William L. Stern is not available. He is required to attend a mediation in Sacramento in which his clients will be arriving from the east Coast. That mediation has been scheduled since February 2008. Furthermore, there is a court-ordered mediation scheduled in this case for April 15, 2008, and The Gap believes that from a case-management standpoint, it may make sense to hold the CMC after that session. The Gap therefore requests that, for both reasons, the CMC conference be rescheduled to April 25, 2008.

Counsel has discussed this with plaintiffs' counsel, who have no objection.

If this request is granted, then all related dates shall be calculated pursuant to the schedule set forth in the Federal Rules of Civil Procedure.

I, William L. Stern, am the ECF user whose ID and password are being used to file this Stipulation to Continue Case Schedule. In compliance with General Order 45.X.B, I hereby attest that Mark Punzalan has concurred in this filing.

Dated: March 28, 2008    ROSEMARY M. RIVAS
MARK PUNZALAN
FINKELSTEIN THOMPSON LLP

By    /s/ Mark Punzalan
        Mark Punzalan

Attorneys for Plaintiff JOEL RUIZ

Dated: March 28, 2008    WILLIAM L. STERN
CLAUDIA M. VETÉSI
MORRISON & FOERSTER LLP

By    /s/ William L. Stern
        William L. Stern

Attorneys for Defendant GAP INC.



IT IS SO ORDERED
Judge Samuel Conti
3/31/08

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT SCHEDULE   No. C 07-5739 SC

2

1 **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Samuel Conti
United States District Judge