# UNITED STATES DISTRICT COURT

## Northern District of California

Ruiz,

    Plaintiff(s),

v.

Gap, Inc.,

    Defendant(s).

No. C 07-05739 SC MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 4/15/08

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 4/17/08

*(signature)*

Mediator, Mark LeHocky
ROSS Stores, Inc.
4440 Rosewood Drive
Pleasanton, CA 94588-3050

**Certification of ADR Session**
07-05739 SC MED