UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5739             SAMUEL CONTI              DATE 4/25/08
Case Number           Judge

Title: JOEL RUIZ                vs GAP INC.

Attorneys: ROSEMARY RUVAS,         WILLIAM STERN
           MARK PUNZALAN           CLAUDIA VETESI

Deputy Clerk: T. De Martini    Court Reporter: Juanita Gonzalez

Court  Pltf's  Deft's
(XXX)  (   )   (   )  1. Status Conference - Held

(   )  (   )   (   )  2.

(   )  (   )   (   )  3.

(   )  (   )   (   )  4.

(   )  (   )   (   )  5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff: 10/1/08      Pretrial Statements Due

Case Continued to                           for Pretrial Conference

Case Continued to                           for Jury Trial

Case Continued to                     for Further Status Conference

Case Continued to 12/5/08 @ 10:00 A.M. for Plaintiff's Motion to Certify the Class and Defendant's Motion for Summary Judgment

ORDERED AFTER HEARING:

cc: