WILLIAM L. STERN (CA SBN 96105)
CLAUDIA M. VETÉSI (BAR NO. 233485)
GEOFFREY R. PITTMAN (BAR NO. 253876)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: wstern@mofo.com

Attorneys for Defendant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No.   C 07-5739 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GAP INC.'S MOTION TO STRIKE PLAINTIFF'S CLASS DEFINITION OR, IN THE ALTERNATIVE, TO AMEND THE CLASS DEFINITION**<br><br>Date:   September 5, 2008<br>Time:   10:00 a.m.<br>Room:  Courtroom 1, 17th Floor<br>Judge: Honorable Samuel Conti<br><br>Complaint filed:   November 13, 2007 |

On September 5, 2008, the Honorable Samuel Conti heard GAP Inc.'s ("GAP") Motion to Strike Plaintiff's Class Definition or, in the Alternative, to Amend the Class Definition. Having read and considered the papers filed and arguments made by counsel, and good cause appearing therefor:

[IT IS HEREBY ORDERED that Gap's Motion to Strike Plaintiff's Class Definition is GRANTED.]

[IT IS HEREBY ORDERED that Gap's Motion to Amend the Class Definition is GRANTED.  Paragraph 44 of the Class Action Complaint is hereby amended to exclude those persons who have suffered, or claim to have suffered, an actual identity theft, as follows:

> All persons that have applied for a position with Gap Inc., Old Navy, Banana Republic, Piperlime, Outlet Stores, or any other relevant Gap brand store, through Gap's application process from July 1, 2006 to July 31, 2007, and whose personal information was compromised in a laptop theft from one or more of Gap's third party vendors.  ***This definition excludes any such person who has suffered, or claims to have suffered, actual identity theft as a result of the incident.*** ]

Dated: _____, 2008

_____
Honorable Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING DEF. GAP INC.'S MOT. TO STRIKE PL.'S CLASS DEFINITION OR, IN THE ALTERNATIVE, TO AMEND THE CLASS DEFINITION – CASE NO. C 07-5739 SC
sf-2546164

1