Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
Mark Punzalan (State Bar No. 247599)
mpunzalan@finkelsteinthompson.com
Daniel T. LeBel (State Bar No. 246169)
dlebel@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Counsel for Individual and Representative Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendant. | Case No. CV07-05739-SC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Room: Courtroom 1, 17th Floor<br>Judge: Honorable Samuel Conti |

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. FOR ADMIN. RELIEF
CASE NO. CV07-05739-SC

1  Having read and considered the papers filed, and good cause appearing, IT IS HEREBY
2  ORDERED THAT Plaintiff's Unopposed Motion for Administrative Relief is GRANTED; the
3  Declaration of Tracy Rezvani In Opposition to Defendant's Motion to Strike and its attachments
4  (Docket No. 60) shall be removed from the Court's records and returned to Plaintiff and access
5  to the same through ECF be terminated.

6  IT IS SO ORDERED.

8  Dated: __August 27__, 2008



Hon. Samuel Conti
Northern District of California

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. FOR ADMIN. RELIEF
CASE NO. CV07-05739-SC