# EXHIBIT A

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

July 10, 2008

Writer's Direct Contact
415.268.6626
CVetesi@mofo.com

By Mail

Rosemary M. Rivas
Mark Punzalan
Finkelstein Thompson LLP
100 Bush Street
San Francisco, CA 94104

Re:   *Joel Ruiz v. Gap Inc.*

Dear Rosemary and Mark:

Enclosed is a DVD containing documents identified by Bates numbers GAP000001-GAP002349 which GAP is producing in response to Plaintiff's Corrected First Set of Requests to Produce. A privilege and redaction log for this set of documents will follow.

As a reminder, you have agreed to abide by the terms of the Confidentiality Order with respect to all Confidential and Confidential – Attorneys' Eyes Only materials.

Sincerely,

Claudia Vetesi

Claudia Maria Vetesi

Enclosure

cc:   Tracy D. Rezvani
      w/o enclosure

sf-2544237

Exhibit A
Page 1