# EXHIBIT E

APPEAL, LEAD

## United States District Court
### District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10162-WGY

In Re: TJX Companies Retail Security Breach Litigation
Assigned to: Judge William G. Young
Demand: $5,000,000
Member case: (View Member Case)
related Cases: 1:07-cv-10791-WGY
                 1:08-cv-10207-WGY
Case in other court: First Circuit, 08-01075
                         First Circuit, 08-01076
Cause: 28:1332 Diversity-Property Damage

Date Filed: 01/29/2007
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2008 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Hearing re fairness hearing re: settlement consumer track held on 7/15/2008. Court inquires whether anyone appears to object to the settlement; no one responds. Court approves settlement with the following changes: 1) no sale held by TJX shall be among the terms of the settlemtna and 2) administrator is ordered to pay attorneys fees, not to exceed $6.5 million, only in proportion to amount of benefits actually paid to class subject to further briefing and consideration of the issue. Briefs on attorneys fees due in 30 days. Administrator shall acknowledge reading transcript of hearing. (M. Kofford)(Court Reporter: D. womack.)(Attorneys present: Shapiro, Savett, Walkoff, Carroll.) (Hourihan, Lisa) (Entered: 07/24/2008) |

PACER Service Center

Exhibit E
Page 1