1    WILLIAM L. STERN (CA SBN 96105)
     GEOFFREY R. PITTMAN (BAR NO. 253876)
2    MORRISON & FOERSTER LLP
     425 Market Street
3    San Francisco, California  94105-2482
     Telephone: 415.268.7000
4    Facsimile: 415.268.7522
     E-mail:  wstern@mofo.com
5
     Attorneys for Defendant
6    GAP INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   JOEL RUIZ, On Behalf of Himself and All Others      Case No.   C 07-5739 SC
     Similarly Situated,
13                                                        **DECLARATION OF WILLIAM
                         Plaintiff,                       STERN IN REPLY TO GAP INC.'S
14                                                        MOTION TO STRIKE PLAINTIFF'S
           v.                                             CLASS DEFINITION OR, IN THE
15                                                        ALTERNATIVE, TO AMEND THE
     GAP, INC., and DOES 1-9 inclusive,                   CLASS DEFINITION**
16
                         Defendants.                      Date:       September 5, 2008
17                                                        Time:       10:00 a.m.
                                                          Room:       Courtroom 1, 17th Floor
18                                                        Judge:      Honorable Samuel Conti

19                                                        Complaint filed:   November 13, 2007

20

21         I, William L. Stern, hereby declare as follows:

22         1.       I am a member of the State Bar of California and am admitted to practice before

23   this Court.  I am a partner in the law firm of Morrison & Foerster, LLP, attorneys for defendants

24   in this action.  These facts are known personally to me in that capacity.  I submit this declaration

25   in reply to GAP Inc.'s Motion to Strike Plaintiff's Class Definition or, in the Alternative, to

26   Amend the Class Definition.  If called as a witness, I would testify to the facts listed below.

27         2.       In his opposition papers, plaintiff Joel Ruiz contends that GAP is seeking to

28   deprive him of discovery.  That is not true.  GAP has produced documents responsive not only to

DECL. OF WILLIAM STERN IN REPLY TO GAP INC.'S MOT. TO STRIKE PL.'S CLASS DEFINITION OR, IN THE
ALTERNATIVE, TO AMEND THE CLASS DEFINITION – CASE NO. C 07-5739 SC
sf-2562957

1

1  Ruiz's real claim, concerning persons who have suffered no actual identity theft to date, but also

2  into whether anyone else may have experienced identity theft as a result of the stolen laptop

3  incident.  This discovery has been costly and time consuming because it has involved, among

4  other things, the collection and production of phone logs and e-mails and other documents

5  reflecting the inquiries of putative class members who phoned GAP or its third-party vendor

6  following receipt of the breach notification letter to ask about the incident.  There is no discovery

7  that GAP has withheld on the basis that Ruiz is not himself a victim of actual identity theft.

8      3.    Plaintiff also states that no depositions have been scheduled.  GAP has offered to

9  produce its percipient witnesses and "persons most knowledgeable" for deposition in San

10  Francisco on September 10-12, 2008.  In addition, the depositions of the vendor's witnesses are

11  being scheduled for Chicago (where plaintiffs' counsel is located) for several dates in September

12  2008.  These depositions will proceed no matter how the Court rules on the pending motion.

13      4.    Attached as Exhibit A to this Declaration is a true and correct copy of Plaintiff's

14  Responses and Objections to Defendant Gap, Inc.'s Second Set of Requests for Production of

15  Documents, received by me on July 30, 2008 in the regular course of business.

16      I declare under penalty of perjury that the foregoing is true and correct and this

17  Declaration was executed in San Francisco, California, on this 19th day of August, 2008.

18

19          By:_____/s/ William Stern_____

20

21

22

23

24

25

26

27

28