1  Rosemary M. Rivas (State Bar No. 209147)
2  rrivas@finkelsteinthompson.com
   Mark Punzalan (State Bar No. 247599)
3  mpunzalan@finkelsteinthompson.com
   Daniel T. LeBel (State Bar No. 246169)
4  dlebel@finkelsteinthompson.com
   **FINKELSTEIN THOMPSON LLP**
5  100 Bush Street, Suite 1450
6  San Francisco, CA 94104
   Telephone: (415) 398-8700
7  Facsimile: (415) 398-8704

8  [Additional Counsel Listed on Signature Page]

9  Counsel for Individual and Representative Plaintiff

10

11                  **UNITED STATES DISTRICT COURT**

12               **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15  JOEL RUIZ, On Behalf of Himself and All      Case No. CV07-05739-SC
    Others Similarly Situated,
16                                               **PLAINTIFF'S UNOPPOSED MOTION**
                                                 **FOR ADMINISTRATIVE RELIEF;**
17              Plaintiff,                        **DECLARATION OF DANIEL T.**
                                                 **LEBEL**
         vs.
18
    GAP, INC., and DOES 1-9 inclusive,
19
20              Defendant.                        Room: Courtroom 1, 17th Floor
                                                  Judge: Honorable Samuel Conti
21

22

23

24

25

26

27

28

─────────────────────────────────────────────────
PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. CV07-05739-SC

1  On August 15, 2008, Plaintiff filed his Opposition to Defendant's Motion to Strike
2  Plaintiff's Class Definition, or in the Alternative to Amend the Class Definition (Docket No. 59).
3  In support of his opposition, Plaintiff filed the Declaration of Tracy Rezvani in Opposition to
4  Defendant's Motion to Strike Class Definition (Docket No. 60) ("Rezvani Declaration").
5  Plaintiff attached certain deposition notices as Exhibit D to the Rezvani Declaration.

6  Following Plaintiff's filing, Defendant Gap and its third party vendor informed Plaintiff
7  that they believe Exhibit D contains confidential material the Defendant designated
8  "Confidential- Attorneys' Eyes Only" pursuant to the Protective Order entered by the Court.
9  Without agreeing to Defendant's designation, on August 22, 2008, Plaintiff filed the Amended
10 Declaration of Tracy Rezvani in Opposition to Defendant's Motion to Strike (Docket No. 61),
11 omitting this exhibit.

12 Pursuant to Local Rule 7-11, Plaintiff hereby respectfully requests that the Court order
13 that the Rezvani Declaration (Docket No. 60) be removed from the Court's records and returned
14 to Plaintiff and the hyperlinks to Docket No. 60 and its attachments through ECF be removed or
15 otherwise permanently locked.

16 Dated: August 25, 2008                    **FINKELSTEIN THOMPSON LLP**

17

18

19                                          Daniel T. LeBel

20

21                                          Rosemary M. Rivas
22                                          Mark Punzalan
                                            100 Bush Street, Suite 1450
23                                          San Francisco, CA 94104
                                            Telephone: (415) 398-8700
24                                          Facsimile: (415) 398-8704

25

26

27

28

1

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. CV07-05739-SC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mila F. Bartos
Tracy Rezvani
Karen J. Marcus
**FINKELSTEIN THOMPSON LLP**
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

*Of Counsel*
Ben Barnow
**Barnow & Associates P.C.**
One N. LaSalle Street
Suite 4600
Chicago, IL  60602

2

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. CV07-05739-SC

1

**Declaration of Daniel T. LeBel**

2    I, Daniel T. LeBel, an associate with Finkelstein Thompson LLP, licensed to practice before

3 this Court, declare as follows:

4    1.    On August 15, 2008, Plaintiff filed his Opposition to Defendant's Motion to

5 Strike Plaintiff's Class Definition, or in the Alternative, to Amend the Class Definition (Docket

6 No. 59).  At that time, Plaintiff also filed the Declaration of Tracy Rezvani In Opposition to

7 Defendant's Motion to Strike Class Definition (Docket No. 60) ("Rezvani Declaration").

8 Plaintiff attached certain deposition notices as Exhibit D to the Rezvani Declaration.

9    2.    Defendant Gap and its third party vendor claim that Exhibit D contains

10 confidential material designated "Confidential- Attorneys' Eyes Only" pursuant to the Protective

11 Order entered by the Court.

12    3.    On August 22, 2008, Plaintiff filed the Amended Declaration of Tracy Rezvani in

13 Opposition to Defendant's Motion to Strike (Docket No. 61), omitting the attachment that

Defendant and its third-party vendor find objectionable.

14    4.    On August 25, 2008, I spoke with counsel for Defendant who informed me that

15 Defendant does not oppose this motion.

16    I declare under penalty of perjury under the laws of the State of California that the foregoing

17 facts are true and correct.  Executed this 25th day of August, 2008 in San Francisco.

18

19

20                                Daniel T. LeBel

21

22

23

24

25

26

27

28

DECLARATION OF DANIEL T. LEBEL
CASE NO. CV07-05739-SC