| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000

FILED
08 SEP -2 AM 11:40

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOEL RUIZ, On Behalf of Himself and All
Others Similarly Situated,

             Plaintiff(s),

v.

GAP, INC., and DOES 1-9 inclusive,

             Defendant(s).

CASE NO. 3:07-cv-05739-SC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Ben Barnow, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Joel Ruiz in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Rosemary M. Rivas, Finkelstein Thompson LLP, 100 Bush Street, Suite 1450; San Francisco, CA 94104. Phone: (415) 398-8700.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/29/08