UNITED STATES DISTRICT COURT

Northern District of California

JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,

Plaintiff(s),

v.

GAP, INC., and DOES 1-9 inclusive,

Defendant(s).

CASE NO. 3:07-cv-05739-SC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Ben Barnow, an active member in good standing of the bar of Illinois (admitted by Illinois Supreme Court) whose business address and telephone number (particular court to which applicant is admitted) is

Barnow and Associates, P.C.; One North LaSalle, Suite 4600; Chicago, IL 60602. Phone: (312) 621-2000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Joel Ruiz.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District   Judge
Honorable Samuel Conti