Clerk's Use Only

Initial for fee pd.:

Karen J. Marcus
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP 10 AM 9: 11

JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,

    Plaintiff(s),

v.

GAP, INC., and DOES 1-9 inclusive,

    Defendant(s).

CASE NO. CV07-05739-SC

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Karen J. Marcus, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Joel Ruiz in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Rosemary M. Rivas (SBN 209147), Finkelstein Thompson LLP
100 Bush Street, Suite 1450, San Francisco, California 94104 (415) 398-8700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2008

*Karen Marcus*