UNITED STATES DISTRICT COURT

Northern District of California

JOEL RUIZ, On Behalf of Himself and
All Others Similarly Situated,

**CASE NO. CV07-05739-SC**

Plaintiff(s),

v.

GAP, INC., and DOES 1-9 inclusive,

Defendant(s).

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Karen J. Marcus ☐ , an active member in good standing of the bar of the District of Columbia ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Finkelstein Thompson LLP
1050 30th Street, NW, Washington, DC 20007
(202) 337-8000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Joel Ruiz ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District    Judge
Honorable Samuel Conti