1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8
   JOEL RUIZ, on behalf of himself and)   Case No. 07-5739 SC
9  all others similarly situated,     )
                                       )   ORDER DENYING
10           Plaintiffs,               )   PLAINTIFF'S
                                       )   ADMINISTRATIVE MOTION
11      v.                             )   FOR LEAVE TO FILE
                                       )   PROPOSED FIRST
12 GAP, INC., and DOES 1-9 inclusive, )    AMENDED COMPLAINT
                                       )   UNDER SEAL
13           Defendants.               )
                                       )
14 _____)

15 **I.**   **INTRODUCTION**

16      This action arises out of the theft from a Gap vendor of two

17 laptop computers that contained the personal information,

18 including social security numbers, of approximately 800,000 Gap

19 job applicants.  The information was not encrypted and was

20 therefore easily accessible.[1]  Plaintiff Ruiz was one of the

21 800,000 applicants and, in reaction to the theft of the laptops,

22 filed the present class action.  Plaintiff's original Complaint

23 names Gap as the Defendant.  Docket No. 1.  Plaintiff has since

24 filed a Motion for Leave to File First Amended Complaint.  Docket

25 No. 77.  Among other changes, the First Amended Complaint ("FAC")

26

27 _____

      [1]  For a more detailed factual background, see this Court's
28 Order Granting in Part and Denying in Part Defendant's Motion for
   Judgment on the Pleadings.  Docket No. 46.

United States District Court
For the Northern District of California

names the Gap vendor as an additional Defendant.  <u>Id.</u>  Defendant,
pursuant to the parties' Stipulated Confidentiality Order, has
designated the identity of the vendor as "Confidential -
Attorneys' Eyes Only."  <u>See</u> Pl.'s Admin. Mot. for Leave to File
Proposed FAC Under Seal ("Admin. Mot."), Docket No. 76, at 1.
Because of this designation, Plaintiff was forced to file the
Administrative Motion.  For the following reasons, Plaintiff's
Administrative Motion is DENIED.

**II.  <u>DISCUSSION</u>**

     Defendant argues that the identity of its vendor must remain
confidential because "if the thief who stole the laptop were to
learn that personal data was contained on the laptop -- which
could happen if the vendor's name becomes public -- then such
disclosure would operate to significantly increase the possibility
that actual identity theft would occur."  Punzalan Decl. in
Support of Amin. Mot., Ex. 2, Sep. 30, 2008, Letter from Gap's
Counsel.

     "A party asserting good cause bears the burden, for each
particular document it seeks to protect, of showing that specific
prejudice or harm will result if no protective order is granted."
<u>Foltz v. State Farm Mut. Auto. Ins. Co.</u>, 331 F.3d 1122, 1130 (9th
Cir. 2003).  In the present case, although the Stipulated
Protective Order has already been entered by this Court, <u>see</u>
Docket No. 55, Gap has nonetheless failed to carry its burden in
demonstrating that inclusion of the identity of Gap's vendor in
Plaintiff's FAC will result in the harm Gap claims.  This is

2

especially true given that the theft of the laptops occurred more than one year ago in Chicago, Illinois, and in light of the "strong presumption in favor of access to court records."  <u>Foltz</u>, 331 F.3d at 1135.

**III.  <u>CONCLUSION</u>**

Plaintiff's Administrative Motion is DENIED and Plaintiff may, in connection with the Motion for Leave to Amend, file a proposed FAC in accordance with normal filing procedures.


IT IS SO ORDERED.

Dated: December 3, 2008

_____
UNITED STATES DISTRICT JUDGE