| | |
|---|---|
| 1 | ROSEMARY M. RIVAS (CA SBN 209147) |
| | MARK PUNZALAN (CA SBN 247599) |
| 2 | FINKELSTEIN THOMPSON LLP |
| | 100 Bush Street, Suite 1450 |
| 3 | San Francisco, CA, 95104 |
| | Telephone: 415.3988.8700 |
| 4 | Facsimile: 415.3988.8704 |
| | E-mail: rrivas@finkelsteinthompson.com |

[Additional Counsel Listed on Signature Page]

Attorneys for Individual and Representative Plaintiff

WILLIAM L. STERN (CA SBN 96105)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail:  wstern@mofo.com

Attorneys for Defendant and Counterclaimant
GAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL RUIZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GAP, INC., and DOES 1-9 inclusive,<br><br>Defendants. | Case No.   C 07-5739 SC<br><br>**STIPULATION RE CASE MANAGEMENT AND ORDER** |

IT IS HEREBY STIPULATED AS FOLLOWS:

1.     The existing scheduling order, entered October 2, 2008 (Docket #75, 2:5-9), continued Plaintiff's motion for class certification and Defendant's motion for summary judgment from December 5, 2008 to February 6, 2009.  Under this schedule, the parties' opening briefs are due January 2, 2009.

1       2.      On November 26, 2008, Plaintiff filed a motion for leave to file a First Amended Complaint, scheduled for January 23, 2009. (Docket #77, 81.) Plaintiff seeks leave to name an additional defendant, to add a new claim, and to reinstate a claim for violation of the Unfair Competition Law, California Business & Professions Code §§ 17200, *et seq.* ("UCL"). Defendant intends to oppose the motion.

      3.      This timing means that, as scheduled, the parties' motions for class certification and summary judgment would be filed in reference to an original Complaint (Docket #1) that may be superseded by a later First Amended Complaint. The parties believe that the Court and the parties would be better served by directing class certification and summary judgment to the First Amended Complaint, assuming leave to file is granted. To do that, however, those motions will need to be continued. Additionally, Defendant's counsel has a scheduling conflict on February 6, 2009.

      4.      The parties respectfully request that, for good cause shown, the Court vacate the February 6, 2009 hearing date and reschedule that hearing to March 20, 2009 at 10:00 a.m. This request does not affect the discovery cutoff currently set for December 23, 2008.

//
//
//
//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: December 18, 2008 | BEN BARNOW, *PRO HAC VICE*<br>BARNOW AND ASSOCIATES, P.C.<br><br>MILA F. BARTOS<br>FINKELSTEIN THOMPSON LLP<br>(WASHINGTON D.C.)<br><br>ROSEMARY M. RIVAS<br>FINKELSTEIN THOMPSON LLP<br><br>By      /s/ Rosemary M. Rivas<br>             Rosemary M. Rivas<br><br>Attorneys for Individual and Representative Plaintiff JOEL RUIZ |
| Dated: December 18, 2008 | WILLIAM L. STERN<br>MORRISON & FOERSTER LLP<br><br>By      /s/ William L. Stern<br>             William L. Stern<br><br>Attorneys for Defendant GAP INC. |

IT IS HEREBY ORDERED that the briefing schedule set forth in the Court's order dated October 2, 2208 (Docket #75) is hereby vacated, that Plaintiff's motion to certify the class and Defendants' motion for summary judgment is continued until Friday, March 20, 2009, at 10:00 a.m.  The briefing schedule for these motions shall run from the new hearing date in accordance with the Federal Rules of Civil Procedure.

Dated:   December 19, 2008

Hon. Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

*[Seal: IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California]*

Stipulation re Case Management and Order
Case No.  C 07-5739 SC
sf-2618058

3