United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL RUIZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GAP, INC., and VANGENT, INC.,<br><br>    Defendants. | Case No. 07-5739 SC<br><br>ORDER ALLOWING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION <u>TO STRIKE</u> |

    On March 6, 2009, Defendants filed a Motion to Strike and Objections to Plaintiff's Expert Reports Filed in Support of his Opposition to Summary Judgment ("Motion"). Docket No. 114. Plaintiff has until Monday, March 16, 2009, to file an Opposition to the Motion, and at that point, the Court will deem the Motion to be submitted on the papers.

    IT IS SO ORDERED.

Dated: March 10, 2009

_____
UNITED STATES DISTRICT JUDGE